**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00511-CR**
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**DEBORAH LYNN RIDDLE, Appellee**

_____

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 13-05-05672-CR**
_____

**MEMORANDUM OPINION**

The State of Texas has filed a motion to dismiss its appeal of an order granting a motion to suppress. *See* Tex. R. App. P. 42.2. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on April 12, 2016
Opinion Delivered April 13, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.